IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRICK EUGENE CULLINS,**

    **Plaintiff,**

**v.**                                              Case No. 4:19-cv-406-AW-MAF

**WARDEN J. COKER,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's March 16, 2020 Report and Recommendation. ECF No. 5. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on April 17, 2020.

                                        s/ *Allen Winsor*
                                        United States District Judge